# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN WOWO,<br><br>   Plaintiff,<br><br>  v.<br><br>ITS LOGISTICS, LLC,<br><br>   Defendant. | Case No.: 3:24-cv-00061-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS** |

  Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Kevin Wowo ("Plaintiff") and Defendant ITS Logistics, LLC ("Defendant") hereby requests a two-week extension of time, up to and including, May 20, 2024, for Plaintiff to file its response to Defendant's Partial Motion to Dismiss (ECF. No. 15). The present deadline for Plaintiff to file his response is May 6, 2024. This is the parties' first request for an extension of time for Plaintiff to file his response.

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS - 1

Plaintiff respectfully requests this extension to allow the parties time to explore resolution, and not for purpose of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a two-week extension of time, up to and including May 20, 2024, for Plaintiff to file his response to Defendant's Partial Motion to Dismiss.

| | |
|---|---|
| DATED this 1st day of May, 2024.<br>MARK MAUSERT LAW OFFICE | DATED this 1st day of May, 2024.<br>SIMONS HALL JOHNSTON PC |
| By:  */s/ Mark Mausert*<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By:  */s/ Jonathan McGuire*<br>ANTHONY L. HALL, ESQ.<br>JONATHAN A. McGUIRE, ESQ.<br>690 Sierra Rose Drive<br>Reno, Nevada 89511 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2024

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS - 2