UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN WOWO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC,<br><br>　　　　Defendant. | CASE NO.:　3:24-cv-00061-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　Defendant ITS LOGISTICS, ("Defendant" or "ITS"), by and through its counsel of record, ANTHONY HALL and JONATHAN McGUIRE of SIMONS HALL JOHNSTON, and Plaintiff KEVIN WOWO, ("Plaintiff") by and through his counsel of record, MARK MAUSERT and SEAN MCDOWELL of LAW OFFICE OF MARK MAUSERT hereby stipulate and agree that Defendant's deadline to file their Reply In Support of Motion for Summary Judgment, which is currently set for Monday, September 9, 2024 be extended for a period of two (2) weeks, until Monday, September 23, 2024.  Defendant's counsel seeks this extension due to one of the attorneys being out of the country and without access to email.  Defendant's counsel hopes to provide a Reply prior to the two (2) week deadline requested herein but asked for two (2) weeks to avoid the potential for another stipulation.

///

///

///

///

1

This is the parties' first request for an extension of Defendant's deadline to file a Reply In Support of Motion for Summary Judgment and is made in good faith and not for the purpose of delay.

DATED: September 10, 2024

MARK MAUSERT ATTORNEY AT LAW

/s/ Sean McDowell
Mark Mausert, Esq.
Sean McDowell, Esq.
MARK MAUSERT ATTORNEY AT LAW
729 Evans Ave.
Mark@Markmausertlaw.com
Sean@Markmausertlaw.com
*Attorneys for Plaintiff*

DATED: September 10, 2024

SIMONS HALL JOHNSTON PC

/s/ Jonathan A. McGuire
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated: September 13, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT

2