# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN WOWO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ITS LOGISTICS, LLC,<br><br>　　　　Defendant. | Case No.: 3:24-cv-00061-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS (FIRST REQUEST)** |

　　Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Kevin Wowo ("Plaintiff") and Defendant ITS Logistics, LLC ("Defendant") hereby requests a two-week extension of time, up to and including April 3, 2025, for Plaintiff to file his response to Defendant's Partial Motion to Dismiss (ECF. No. 50). The present deadline for Plaintiff to file his response is March 20, 2025.

//

//

//

//

//

Plaintiff respectfully requests this extension as our senior attorney handling the case is on vacation this week and our office has a heavy calendar the following week. This request is not for the purpose of delay. Therefore, the parties respectfully request a two-week extension of time, up to and including April 3, 2025, for Plaintiff to file his response to Defendant's Partial Motion to Dismiss.

| | |
|---|---|
| DATED this 18th day of March, 2025.<br>MARK MAUSERT LAW OFFICE | DATED this 18th day of March, 2025.<br>SIMONS HALL JOHNSTON PC |
| By:  /s/ Mark Mausert<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By:  /s/ Jonathan McGuire<br>ANTHONY L. HALL, ESQ.<br>JONATHAN A. McGUIRE, ESQ.<br>690 Sierra Rose Drive<br>Reno, Nevada 89511 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: March 19, 2025