**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KEVIN WOWO,

           Plaintiff,

v.

ITS LOGISTICS, LLC,

           Defendant.

CASE NO.:  3:24-cv-00061-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND
DEADLINE TO FILE REPLY IN SUPPORT
OF DEFENDANT'S PARTIAL MOTION TO
DISMISS SECOND AMENDED
COMPLAINT**

Defendant ITS LOGISTICS, ("Defendant" or "ITS"), by and through its counsel of record, ANTHONY HALL and JONATHAN McGUIRE of SIMONS HALL JOHNSTON, and Plaintiff KEVIN WOWO, ("Plaintiff") by and through his counsel of record, MARK MAUSERT and SEAN MCDOWELL of LAW OFFICE OF MARK MAUSERT hereby stipulate and agree that Defendant's deadline to file their Reply In Support of Partial Motion to Dismiss Second Amended Complaint, which is currently set for Wednesday, April 9, 2025 be extended for a period of two (2) weeks, until Wednesday, April 23, 2025.  Defendant's counsel seeks this extension because Defendant's counsel has a number of conflicting deadlines that have prevented Defendant's counsel from preparing the Reply.  Namely, Defendant's counsel has a motion for summary judgment due in another matter this coming Monday, April 14, 2025.  Additionally, Defendant's counsel is currently serving as the chief negotiator for the negotiation of three (3) different union contracts, as well as advising two (2) additional clients regarding union negotiations that are currently ongoing.

1

Defendant's counsel believes a two (2) week extension until April 23, 2025 will provide adequate time to prepare and file a reply in support of the motion to dismiss.

This is the parties' first request for an extension of Defendant's deadline to file a Reply In Support of Partial Motion to Dismiss Second Amended Complaint and is made in good faith and not for the purpose of delay.

DATED:  April 8, 2025                               DATED:  April 8, 2025

MARK MAUSERT ATTORNEY AT LAW        SIMONS HALL JOHNSTON PC


/s/ Mark Mausert                                   /s/ Jonathan A. McGuire
Mark Mausert, Esq.                                 Anthony L. Hall, Esq.
Sean McDowell, Esq.                                Jonathan A. McGuire, Esq.
MARK MAUSERT ATTORNEY AT LAW        SIMONS HALL JOHNSTON PC
729 Evans Ave.                                     690 Sierra Rose Drive
Mark@Markmausertlaw.com                            Reno, Nevada 89511
Sean@Markmausertlaw.com                            AHall@SHJNevada.com
*Attorneys for Plaintiff*                          JMcGuire@SHJNevada.com
                                                   *Attorneys for Defendant*


**<u>ORDER</u>**

**IT IS SO ORDERED.**


Dated:  April 9, 2025


ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2