1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**

10

**IN AND FOR THE DISTRICT OF NEVADA**

11

KEVIN WOWO,

Case No.: 3:24-cv-00061-ART-CSD

12

     Plaintiff,

13

     v.

**ORDER GRANTING**

14

ITS LOGISTICS, LLC,

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**

15
16

     Defendant.

17

     Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Kevin Wowo ("Plaintiff") and

18

Defendant ITS Logistics, LLC ("Defendant") hereby requests a two-week extension of time, up

19

to and including May 19, 2025, for Plaintiff to file his response to Defendant's Motion for

20
21

Summary Judgment (ECF. No. 60). The present deadline for Plaintiff to file his response is May

22

5, 2025.

23

//

24

//

25

//

26

//

27
28

1

Plaintiff respectfully requests this extension as the office has a relatively heavy calendar for the next two weeks. This request is not for the purpose of delay. Therefore, the parties respectfully request a two-week extension of time, up to and including May 19, 2025, for Plaintiff to file his response to Defendant's Partial Motion to Dismiss.

DATED this 1st day of May, 2025.            DATED this 1st day of May, 2025.
MARK MAUSERT LAW OFFICE                 SIMONS HALL JOHNSTON PC


By:  /s/ Mark Mausert                        By:  /s/ Jonathan McGuire
MARK MAUSERT                              ANTHONY L. HALL, ESQ.
SEAN McDOWELL                            JONATHAN A. McGUIRE, ESQ.
729 Evans Avenue                          690 Sierra Rose Drive
Reno, Nevada 89512                        Reno, Nevada 89511

*Attorneys for Plaintiff*                     *Attorneys for Defendant*



IT IS SO ORDERED:

_____
ANNE. R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 5, 2025

2