ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, NV 89511
Telephone: (775) 785-0088
*Attorneys for Defendant*
*ITS Logistics, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN WOWO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC,<br><br>　　　　　Defendant. | CASE NO.:  3:24-cv-00061-ART-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION REGARDING DISCOVERY DISPUTE** |

　　　　Defendant ITS LOGISTICS, ("Defendant" or "ITS"), by and through its counsel of record, ANTHONY HALL and JONATHAN McGUIRE of SIMONS HALL JOHNSTON, and Plaintiff KEVIN WOWO, ("Plaintiff") by and through his counsel of record, MARK MAUSERT and SEAN MCDOWELL of LAW OFFICE OF MARK MAUSERT hereby stipulate and agree that Defendant's deadline to file their Reply in Support of Motion Regarding Discovery Dispute, which is currently set for Wednesday, May 14, 2025 be extended for a period of one (1) week, until Wednesday, May 21, 2025. Defendant's counsel seeks this extension because Defendant's counsel unavailability. Defendant's counsel was out of the office for two (2) days on vacation for Mother's Day. Additionally, Defendant's counsel is in the midst of litigating a motion for temporary restraining order that has been set for hearing on Friday. Consequently, Defendant's counsel has not had time to sufficiently prepare the reply for filing. Defendant's counsel believes a one (1) week extension until May 21, 2025, will provide adequate time to prepare and file a Reply in Support of Motion Regarding Discovery Dispute.

This is the parties' first request for an extension of Defendant's deadline to file a Reply In Support of Motion Regarding Discovery Dispute and is made in good faith and not for the purpose of delay.

DATED: May 14, 2025

DATED: May 14, 2025

MARK MAUSERT ATTORNEY AT LAW

SIMONS HALL JOHNSTON PC

*/s/ Mark Mausert*
Mark Mausert, Esq.
Sean McDowell, Esq.
MARK MAUSERT ATTORNEY AT LAW
729 Evans Ave.
Mark@Markmausertlaw.com
Sean@Markmausertlaw.com
*Attorneys for Plaintiff*

*/s/ Jonathan A. McGuire*
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: May 14, 2025.

_____
UNITED STATES MAGISTRATE JUDGE