IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

KEVIN WOWO,

    Plaintiff,

    v.

ITS LOGISTICS, LLC,

    Defendant.

Case No.: 3:24-cv-00061-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)**

    Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Kevin Wowo ("Plaintiff") and Defendant ITS Logistics, LLC ("Defendant") hereby requests a one-week extension of time, up to and including May 27, 2025 (Monday, May 26, 2025 is a holiday), for Plaintiff to file his response to Defendant's Motion for Summary Judgment (ECF. No. 60). The present deadline for Plaintiff to file his response is May 19, 2025.

//

//

//

//

1

Plaintiff respectfully requests this extension as the office had a relatively heavy calendar for the last two weeks. This request is not for the purpose of delay. Therefore, the parties respectfully request a one-week extension of time, up to and including May 27, 2025, for Plaintiff to file his response to Defendant's Motion for Summary Judgment.

DATED this 19th day of May, 2025.
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 19th day of May, 2025.
SIMONS HALL JOHNSTON PC

By: /s/ Jonathan McGuire
ANTHONY L. HALL, ESQ.
JONATHAN A. McGUIRE, ESQ.
690 Sierra Rose Drive
Reno, Nevada 89511

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2025