**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN WOWO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ITS LOGISTICS, LLC,<br><br>　　　　Defendant. | CASE NO.:   3:24-cv-00061-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant ITS LOGISTICS, ("Defendant" or "ITS"), by and through its counsel of record, ANTHONY HALL and JONATHAN McGUIRE of SIMONS HALL JOHNSTON, and Plaintiff KEVIN WOWO, ("Plaintiff") by and through his counsel of record, MARK MAUSERT and SEAN MCDOWELL of LAW OFFICE OF MARK MAUSERT hereby stipulate and agree that Defendant's deadline to file their Reply in Support of Motion for Summary Judgment, which is currently set for Tuesday, June 10, 2025 be extended for a period of two (2) weeks, until Tuesday, June 24, 2025. Defendant's counsel is presenting Oral Argument before the Ninth Circuit Court of Appeals on Monday, June 9, 2025, and counsel is focused on preparing their argument. Consequently, Defendant's counsel will not have time to sufficiently prepare the reply for filing. Defendant's counsel believes a two (2) week extension until Tuesday, June 24, 2025, will provide adequate time to prepare and file a Reply in Support of Defendant's Motion for Summary Judgment.

This is the parties' first request for an extension of Defendant's deadline to file a Reply in Support of Motion for Summary Judgment and is made in good faith and not for the purpose of delay.

DATED: June 6, 2025

MARK MAUSERT ATTORNEY AT LAW

/s/ Mark Mausert
Mark Mausert, Esq.
Sean McDowell, Esq.
MARK MAUSERT ATTORNEY AT LAW
729 Evans Ave.
Mark@Markmausertlaw.com
Sean@Markmausertlaw.com
*Attorneys for Plaintiff*

DATED: June 6, 2025

SIMONS HALL JOHNSTON PC

/s/ Jonathan A. McGuire
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED.**

Dated: June 9, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT