**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN WOWO, | CASE NO.: 3:24-cv-00061-ART-CSD |
| Plaintiff, | **ORDER GRANTNG** |
| v. | **STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL** |
| ITS LOGISTICS, LLC, | |
| Defendant. | |

Defendant ITS LOGISTICS, ("Defendant" or "ITS"), by and through its counsel of record, ANTHONY HALL and JONATHAN McGUIRE of SIMONS HALL JOHNSTON, and Plaintiff KEVIN WOWO, ("Plaintiff") by and through his counsel of record, MARK MAUSERT and SEAN MCDOWELL of LAW OFFICE OF MARK MAUSERT hereby stipulate and agree that Defendant's deadline to file their Reply in Support of Motion for Certification of Interlocutory Appeal, which is currently set for Thursday, April 16, 2026 be extended for a period of two (2) weeks, until Thursday, April 30, 2026. Defendant's counsel seeks this extension because Defendant's counsel unavailability. Defendant's counsel has been working on a document production in another matter involving thousands of pages of documents. Defendant's counsel is also scheduled to be on vacation for six (6) days beginning on the original due date of the Reply. Consequently, Defendant's counsel has not had time to sufficiently prepare the reply for filing. Defendant's counsel believes a two (2) week extension until April 30, 2026, will provide adequate time to prepare and file a Reply in Support of Motion Regarding Discovery Dispute.

1

This is the parties' first request for an extension of Defendant's deadline to file a Reply In Support of Motion for Certification of Interlocutory Appeal and is made in good faith and not for the purpose of delay.

DATED: April 16, 2026                    DATED: April 16, 2026

MARK MAUSERT ATTORNEY AT LAW             SIMONS HALL JOHNSTON PC

*/s/ Mark Mausert*                       */s/ Jonathan A. McGuire*
Mark Mausert, Esq.                       Anthony L. Hall, Esq.
Sean McDowell, Esq.                      Jonathan A. McGuire, Esq.
MARK MAUSERT ATTORNEY AT LAW             SIMONS HALL JOHNSTON PC
729 Evans Ave.                           690 Sierra Rose Drive
Mark@Markmausertlaw.com                  Reno, Nevada 89511
Sean@Markmausertlaw.com                  AHall@SHJNevada.com
*Attorneys for Plaintiff*                JMcGuire@SHJNevada.com
                                         *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: <u>April 17, 2026</u>

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2